**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES CURRENCY IN THE AMOUNT OF $1,500,000,**<br><br>Defendant. | Case No. 26-03621-CV-S-MBB |

## NOTICE OF COMPLAINT FOR FORFEITURE

TO: David Lynch
5 Sandalwood Court, Apt. D
Old Bridge, NJ 08857

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. DATE OF NOTICE: October 26, 2026

2. FORFEITURE COMPLAINT: On, October 1, 2026, the United States of America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C), in the United States District Court for the Western District of Missouri against United States currency in the amount of $1,500,000.

3. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice or the date of delivery, if personally served.

4. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury. *See* 28 U.S.C. § 1746.

5. FILING OF AN ANSWER: If you file a verified claim, you **must** then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after filing the verified claim.

6. FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the Western District of Missouri, 222 N. John Q. Hammons Parkway, Springfield, Missouri, and a copy of the claim and answer or motion must be sent to Anthony M. Brown, Assistant United States Attorney, Hammons Tower, Suite 500, 901 St. Louis St., Springfield, MO 65806.

7. Any claim you filed with the seizing agency in an administrative proceeding and any petition you filed in a related criminal action are **NOT** a substitute for the claim you must file in this action which meets the requirements of and within the time allowed under Rules G(4) and G(5), as described above.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

**R. MATTHEW PRICE**
United States Attorney

By

*/s/Anthony M. Brown*

**Anthony M. Brown**
Assistant United States Attorney
Missouri Bar No. 62504
901 St. Louis St.
Suite 500
Springfield, Missouri 65806
Telephone: (417) 895-6167
E-mail: Anthony.Brown2@usdoj.gov